The People of the State of New York, Respondent, v. Albert Manganaro, Alias Albert Mangano, Alias Al Manganero, Alias Al Mangano, Alias Al

Ross, Alias AL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.